UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ALFREDO ALVAREZ SANCHEZ,<br>RAUL MUNOZ NAVARRO,<br><br>　　　　　　　Defendants. | CASE NO. 1:24-MJ-134-SKO<br><br>ORDER UNSEALING COMPLAINT |

   Good cause due to the defendants; pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that the case against the above-captioned defendants only, be unsealed. It if further ordered that the redacted copy of the Complaint attached to the government's motion to unseal the Complaint be filed on the public docket.

IT IS SO ORDERED.

Dated: __December 12, 2024__  　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge